158 A.3d 1243

KONDAUR CAPITAL CORPORATION, Respondent

v.

Marshall L. WILLIAMS, Petitioner

No. 247 EAL 2016

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW,** this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**